IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| LYNCHBURG RANGE & TRAINING, LLC, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 6:20-cv-00020-NKM ) |
| HON. RALPH S. NORTHAM, *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) |

## ORDER

This matter comes before the Court on the Plaintiffs' Emergency Motion to Remand Case to State Court filed on April 13, 2020 [ECF Docket No. 2] (the "Motion"). Upon consideration of the pleadings and the arguments of counsel, for the reasons set forth in the record, the Motion is hereby **GRANTED**, and the Court **ORDERS** that this case is and shall be immediately remanded to the Circuit Court for the City of Lynchburg, Virginia.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

DATE:

Lynchburg, Virginia