# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**Lynchburg Range & Training, LLC, et al.**

vs.

**Hon. Ralph S. Northam, et al.**

Action No:   6:20CV00020
Date:   April 13, 2020
Judge:   Norman K. Moon
Court Reporter:   Judy Webb
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)
David G. Browne

Defendant Attorney(s)
Toby J. Heytens

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:

Parties present by teleconference for hearing on ECF No. 2 – Motion to Remand filed by Plaintiffs.   Arguments heard.   Defendants request the Court to allow them to file a response to the motion.   The Court will enter an order setting forth the expedited briefing schedule.

Time in Court:   4:29 – 5:07 p.m.   (38 minutes)