CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/22/2020
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LYNCHBURG RANGE & TRAINING, *et al.*, | CASE NO. 6:20-cv-00020 |
| *Plaintiffs* | |
| v. | **ORDER** |
| RALPH NORTHAM, *et al.*, | |
| | JUDGE NORMAN K. MOON |
| *Defendants.* | |

Before the Court is an "Emergency Motion to Remand Case to State Court" by Plaintiffs Lynchburg Range & Training, LLC, Virginia Citizens Defense League, Gun Owners of America, Inc., and Association of Virginia Gun Ranges. Dkt. 2. For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' motion to remand is hereby **GRANTED**. Plaintiffs' request for costs and attorneys' fees is **DENIED**. This matter is hereby **REMANDED** back to the Circuit Court for the City of Lynchburg. The Clerk of the Court is directed to strike the case from the Court's active docket.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 22nd day of April, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE